**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Anthony BROWN, Defendant–Appellant.**

No. 04–1534.

United States Court of Appeals, Seventh Circuit.

April 5, 2006.

Barry Miller, Office of the United States Attorney, Chicago, IL, for Plaintiff–Appellee.

Kevin M. Fee, Jr., Sidley Austin Brown & Wood, Chicago, IL, for Defendant–Appellant.

Before Hon. FRANK H. EASTERBROOK, Hon. ILANA DIAMOND ROVNER, and Hon. DIANE S. SYKES, Circuit Judges.

### ORDER

This court ordered a limited remand so the district court could state on the record whether the sentence remains appropriate now that *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), has limited the Sentencing Guidelines to advisory status. *See United States v. Paladino,* 401 F.3d 471 (7th Cir.2005).

The district judge has now replied that she would have imposed a lower sentence rather than the 97–month sentence then mandated by the guidelines. The parties' position statements in response to our invitation to comment on the district court's *Paladino* response agree that resentencing is appropriate. Accordingly, pursuant to *Paladino,* we VACATE Brown's sentence and REMAND to the district court for resentencing.